

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 0 2 2018 ★
BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 208R0103

225 Cadman Plaza East
Brooklyn, New York 11201

June 27, 2018

      Re:    US v. Raul Martinez Mauela, CR-18-322 (PC)

Dear Mr. Maurela:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on Thursday, **July 12, 2018** at **11:00 AM**. Please report to Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                                  Very truly yours,

                                  RICHARD DONOGHUE
                                  UNITED STATES ATTORNEY

                       By:  L. Thornton
                           Acting Grand Jury Coordinator

cc:  Hon. Pamela K. Chen (Magistrate. Reyes will accept the plea.)

     David J. Lizimi
     Assistant U.S. Attorney

     Allegra W. Glashausser, Esq.
     Federal Defenders

     Pretrial Services Officer