UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA                :

    -against-                                      :    ORDER

RAUL MARTINEZ MAURELA,                  :

    Defendant.                                     :    18-cr-322

------------------------------------------------------X



Mr. Martinez is currently incarcerated at the Federal Bureau of Prisons facility at the Metropolitan Detention Center (MDC) under inmate number 90918053. The name associated with that number however, is misspelled as "Paul Martine Maurela."

Upon the application of defendant by his counsel, Allegra Glashausser of the Federal Defenders of New York, Inc., and there being no objection from the Government,

IT IS HEREBY ORDERED that the Bureau of Prisons correct the name associated with Mr. Martinez's inmate number to RAUL MARTINEZ MAURELA.

DATED:  Brooklyn, New York
             June 28, 2018

                                          SO ORDERED:

                                          s/PKC
                                  _____
                                  The Honorable Pamela K. Chen
                                  United States District Judge
                                  Eastern District of New York